### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ADVOCACY COUNCIL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | NO. CIV-18-0304-HE |
| ) | |
| DAMON T. HINIGER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 31, 2018, the court dismissed plaintiff's claims and granted them leave to file a second amended complaint within 20 days. Plaintiffs sought and were granted two extensions of time to file the second amended complaint, with the most recent extension requiring filing of the complaint by October 30, 2018. No amended complaint has been filed nor has leave been sought for any further extension. This case is therefore **DISMISSED** without prejudice, for failure to prosecute.

**IT IS SO ORDERED**.

Dated this 8th day of November, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE