# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THE ADVOCACY COUNCIL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) NO. CIV-18-0304-HE |
| DAMON T. HINIGER, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, this case is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 8th day of November, 2018.

_____
JOE HEATON
CHIEF U.S. DISTRICT JUDGE